UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 7th day of December, two thousand eleven.

Before:    Jon O. Newman,
                *Circuit Judge*
_____

Md. Hafizur Rahim,

    *Plaintiff - Appellant,*    **ORDER**

    v.    Docket No.11-3458

Secretary, Establishment Division, Government of the People's Republic of Bangladesh,

    *Defendant - Appellee.*
_____

IT IS HEREBY ORDERED that the motion by Appellant to recall the mandate and reinstate the appeal is GRANTED. Appellant must re- file his brief within fourteen days of the date of this order.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 12/08/2011